**Frank E. BLOWERS, Plaintiff-Respondent,**

v.

**STATE of Missouri, DEPARTMENT OF REVENUE, and Ray S. James, Director of Revenue, Defendant-Appellant.**

**No. 12379.**

Missouri Court of Appeals, Southern District, Division One.

March 16, 1982.

William R. King, Noel, for plaintiff-respondent.

John D. Ashcroft, Atty. Gen., Madeleine Birmingham, Asst. Atty. Gen., Jefferson City, for defendant-appellant.

PER CURIAM.

This is an appeal from the judgment of the Circuit Court of McDonald County reversing the Director of Revenue's order revoking respondent's driving privileges.

The judgment of the trial court is supported by substantial evidence, is not against the weight of the evidence, and no error of law appears. An extended opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b), V.A.M.R.

All concur.